THOMAS P. O'BRIEN
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
ANDREW T. PRIBE (CA SBN: 254904)
Assistant United States Attorney
    300 N. Los Angeles Street
    Federal Building, Room 7211
    Los Angeles, California 90012
    Telephone: (213) 894-6551
    Facsimile: (213) 894-0115
    E-mail: andrew.t.pribe@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>THINH VAN DOAN; HAHN NGUYEN; HSBC BANK USA; and THE STATE OF CALIFORNIA, FRANCHISE TAX BOARD<br><br>    Defendants. | Case No.: SA CV 07-414 JVS(ANx)<br><br>JUDGMENT ON COUNT I AGAINST DEFENDANT THINH VAN DOAN |

Based on the stipulation of the United States of America, Plaintiff, and Thinh Van Doan, Defendant,

IT IS ORDERED:

Judgment is entered in favor of the United States and against Thinh Van Doan on Count I of the United States of America's complaint in the amount of $333,298.93 (which includes statutory accruals through June 18, 2008) plus all subsequent statutory accruals until satisfaction, including interest and penalties.

///

///

///

- 1 -

1 | This amount reflects federal income tax liabilities for the tax years 1992, 1993, 1994, 1995, and 1998.

Dated: June 19, 2008

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

Presented by:

THOMAS P. O'BRIEN
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division

_____Dated:

THINH VAN DOAN, Defendant

_____Dated:

ANDREW PRIBE
Assistant United States Attorney

Attorneys for Plaintiffs
United States of America

- 2 -