THOMAS P. O'BRIEN
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
ANDREW T. PRIBE (CA SBN: 254904)
Assistant United States Attorney
    300 N. Los Angeles Street
    Federal Building, Room 7211
    Los Angeles, California 90012
    Telephone: (213) 894-6551
    Facsimile: (213) 894-0115
    E-mail: andrew.t.pribe@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>THINH VAN DOAN; HAHN NGUYEN; HSBC BANK USA; and THE STATE OF CALIFORNIA, FRANCHISE TAX BOARD<br><br>    Defendants. | Case No.: SA CV 07-414 JVS(ANx)<br><br>JUDGMENT REGARDING COUNT II OF THE UNITED STATES OF AMERICA'S COMPLAINT |

Based on the stipulation of the United States of America, Plaintiff, and Thinh Van Doan and Hanh Nguyen, Defendants,

IT IS ORDERED:

1. Unless the United States files a notice of payment as specified in paragraph 8 of the stipulation on or before the 365th day after the entry of this judgment, the property located at 25661 Rain Tree Road, Laguna Hills, California 92653, and legally described as:

> Lot 12 of tract 13304 as shown on a map recorded in book 605, pages 37 through 43 inclusive of miscellaneous maps, records of Orange County, California.

is ordered to be sold by the Area Director of the Internal Revenue Service whose

- 1 -

1  district includes Orange County, California, or his delegate, in accordance with the
2  provisions of Title 28, United States Code, Sections 2001 and 2002.
3      2.    Any party to this proceeding or any person claiming an interest in the
4  subject real property may request that the Court order a private sale of the subject
5  real property pursuant to Title 28, United States Code, Section 2001(b).  Any such
6  motion shall be filed not earlier than the 365th day and not later than the 385th day
7  after entry of this judgment.  No such motion arising under the United States'
8  cause of action can be filed under Section 2001(b) if the United States files a notice
9  of payment within the 365-day period following entry of this judgment.  Any
10 motion under Section 2001(b) shall set forth with particularity (a) the nature of the
11 moving party's interest in the subject real property, (b) the reasons why the moving
12 party believes that a private sale would be in the best interests of the United States
13 of America and any other claimant involved herein, (c) the names of three
14 proposed appraisers and a short statement of their qualifications, and (d) a
15 proposed form of order stating the terms and conditions of the private sale.
16     3.    The Area Director, or his delegate, is ordered to sell the subject real
17 property if it does not become the subject of a motion pursuant to the preceding
18 paragraph, in accordance with Title 28, United States Code, Sections 2001(a) and
19 2002, after the 365th day after this judgment is entered, unless the United States
20 has filed a notice of payment, which would automatically deprive the Area Director
21 of the authority to sell the subject real property.  The subject real property shall be
22 sold at a public sale to be held at the Orange County Courthouse, Santa Ana,
23 California, as follows:
24     a. Notice of the sale shall be published once a week for at least four weeks
25     prior to the sale in at least one newspaper regularly issued and of general
26     circulation in Orange County, California.  The notice shall describe the
27     property by its street address and legal description, and shall contain the
28     terms and conditions of sale as set out herein.

1     b. The terms and conditions of sale shall be as follows:

2         A minimum bid determined by reference to the current fair market value shall be required. The minimum bid shall be 75% of the current fair market value as determined by an appraisal of the subject property by the Internal Revenue Service. The United States of America may bid a credit against its liens and interest thereon, costs, and expenses, without tender of cash. The terms of sale as to all other persons or parties bidding shall be cash. The successful bidder shall be required to deposit with the Area Director cash equal to twenty percent of the bidder's total bid immediately upon the property being struck off and awarded to such bidder as the highest and best bidder; and the remaining eighty percent of said purchase price is to be paid on or before 5:00 p.m., within three days of the date of sale. Should any person bid off the property at the sale by virtue of this judgment and order of sale, and fail to comply with the terms of the sale, such bidder shall be liable to the United States for twenty percent of the value of the property thus bid off as a penalty, and said deposit shall be paid over and delivered to the United States to be applied toward payment of said penalty, but payment of said penalty shall not be a credit against the liens of the United States.

    c. Upon selling the subject real property, the Area Director, or his delegate, shall prepare and file with this Court an accounting and report of sale and shall give to the purchaser a certificate of sale containing the description of the property sold and the price paid. The accounting and report of sale shall be filed within ten days from the date of sale. If no objections have been filed in writing in this cause with the Clerk of the Court, within fifteen days of the date of sale, the sale shall be confirmed without necessity of motion, and the Area Director shall be directed by the Clerk of the Court to execute and deliver his deed to said purchaser.

    d. Possession of the property sold shall be yielded to the purchaser upon the

production of the certificate of sale and deed; and if there is a refusal to so yield, a writ of assistance may, without further notice, be issued by the Clerk of this Court to compel delivery of the property sold to the purchaser.

e. The Area Director shall apply the proceeds of sale to expenses of sale and then in the following order of priorities:

(1) First, to the Orange County Tax Collector toward satisfaction of any outstanding real property tax liens;

(2) Second, if any surplus remains, to HSBC Bank USA, toward satisfaction of its security interest in the sold property;

(3) Third, if any surplus remains, to the United States and the State of California as follows:

    (a) To the United States in satisfaction of liabilities for the 1992, 1993, 1994, and 1995 tax years plus all statutory accruals;

    (b) To the States of California in satisfaction of the 1992, 1993, 1994, 1995, and 1996 tax years plus all statutory accruals;

    (c) To the United States in satisfaction of the liabilities for the 1998 tax year plus all statutory accruals;

    (d) To the State of California in satisfaction of the 2005 and 2006 tax years plus all statutory accruals.

(4) Fourth, if any surplus remains, to Hanh Nguyen.

If any surplus remains, the Area Director, or his delegate shall so report and deposit the surplus into the registry of this Court for distribution under further order of the Court.

4. The Court retains jurisdiction of this action for the purpose of making proper distribution of any surplus of the proceeds of sale, and resolving dispute, if any, pursuant to the Area Director's accounting and report of sale.

5. In the period after entry of this judgment but before the Internal Revenue Service has authority to sell the subject real property, Defendants Thinh

1  Van Doan and Hanh Nguyen will maintain the subject real property in good
2  condition, and will timely pay all real property taxes, mortgage payments,
3  homeowners association dues (if any), and homeowners insurance premiums.
4  Further Defendants Thinh Van Doan and Hanh Nguyen have a duty to prevent
5  waste or damage to the property during this period.  Failure to comply with any of
6  these requirements could result, after application to the Court by the United States,
7  in a further order permitting the Internal Revenue Service to immediately sell the
8  subject real property before the expiration of the 365-day period.

10       IT IS SO ORDERED.

12  Dated: June 22, 2008                        _____
13                                              JAMES V. SELNA
                                                UNITED STATES DISTRICT JUDGE

17  Presented by:

18  THOMAS P. O'BRIEN                __/s/_____Dated: 6/19/08
    United States Attorney
    SANDRA R. BROWN                  THINH VAN DOAN, Defendant
19  Assistant United States Attorney
    Chief, Tax Division

20  ____/s/_____Dated:     __/s/_____Dated: 6/19/08

21  ANDREW PRIBE                     HANH NGUYEN, Defendant
22  Assistant United States Attorney

23  Attorneys for Plaintiffs         __/s/_____Dated: 6/19/08
    United States of America
24                                   TIEN V. DOAN, Counsel to Hanh Nguyen
                                     Tien V Doan Law Offices
25                                   15751 Brookhurst St, Ste 221
                                     Westminster CA 92683

**PROOF OF SERVICE BY MAILING**

- 5 -

1    I am over the age of 18 and not a party to the within action.  I
2 am employed by the Office of the United States Attorney, Central
3 District of California.  My business address is 300 North Los Angeles
4 Street, Suite 7211, Los Angeles, California 90012.

5    On **June 20, 2008**, I served

6    **(PROPOSED) JUDGMENT REGARDING COUNT II OF THE UNITED STATES OF AMERICA'S COMPLAINT**

8 on each person or entity name below by enclosing a copy in an envelope
9 addressed as shown below and placing the envelope for collection and
10 mailing on the date and at the place shown below following our
11 ordinary office practices.  I am readily familiar with the practice of
12 this office for collection and processing correspondence for mailing.
13 On the same day that correspondence is placed for collection and
14 mailing, it is deposited in the ordinary course of business with the
15 United States Postal Service in a sealed envelope with postage fully
16 prepaid.  Date of mailing: **June 20, 2008**

17    Place of mailing: Los Angeles, California
18    **See attached list**
19 I declare under penalty of perjury under the laws of the United States
20 of America that the foregoing is true and correct.
21    I declare that I am employed in the office of a member of the bar
22 of this court at whose direction the service was made.
23    Executed on: **June 20, 2008**, Los Angeles, California.

25                                        /s/
26                                    **Barbara Le**

28 **RE: UNITED STATES OF AMERICA v. THINH VAN DOAN; ET AL**

- 6 -

**CASE NO.: SA CV 07-414 JVS (ANx)**

### Service List

THINH VAN DOAN
Law Offices of Thinh Van Doan & Associates
15751 Brookhurst, Ste 221
Westminster, CA 92683

TIEN V. DOAN
Law Offices of Tien V. Doan
15751 Brookhurst, Ste 221
Westminster, CA 92683